IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOAN EILEEN HAYES,** | 3:11-CV-481-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

**BROWN, Judge.**

    Based on the Court's Opinion and Order (#16) issued April 17, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 17th day of April, 2012.

                                       /S/ Anna J. Brown

                                       ANNA J. BROWN<br>                                       United States District Judge

1 - JUDGMENT OF REMAND