IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JOAN EILEEN HAYES,                          3:11-CV-481-BR

            Plaintiff,                      JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

            Defendant.


BROWN, Judge.

       Based on the Court's Opinion and Order (#16) issued

April 17, 2012, the Court hereby **REMANDS** this matter to the above

administrative agency for further administrative proceedings.

       DATED this 17th day of April, 2012.


                                   /S/ Anna J. Brown
                                   _____
                                   ANNA J. BROWN
                                   United States District Judge


1 - JUDGMENT OF REMAND