Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :  (503) 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOAN EILEEN HAYES**,

   Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

   Defendant.

3:11-cv-00481-BR

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,674.02 and expenses in the amount of $142.56, pursuant to 28 U.S.C § 2412, and costs in the amount of $519.94, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $7,336.52.  The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _____9th_____ day of ___July___, 2012

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/  Sharon Maynard_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – J. HAYES